IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BENJAMIN YAFET, | No. CV 08-462-TUC-RCC |
| Plaintiff, | **ORDER** |
| vs. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al., | |
| Defendants. | |

Pursuant to the Stipulation of the Parties and good cause appearing,

IT IS HEREBY ORDERED the Parties' Stipulation of Dismissal (Docket No. 18) is GRANTED.  The case is DISMISSED with prejudice and each party is to bear their own costs and attorneys' fees.

DATED this 14th day of October, 2008.

Raner C. Collins
United States District Judge